# United States Court of Appeals
## For the First Circuit

No. 00-2551

DONALD E. SULLIVAN,

Plaintiff, Appellant,

v.

RAYTHEON COMPANY,
RAYTHEON DISABILITY TRUST, AND
METROPOLITAN LIFE INSURANCE COMPANY,

Defendants, Appellees.

ERRATA SHEET

The opinion of this court issued August 29, 2001 is amended as follows:

On page 13, line 23, replace "chapter 75B" with "section 75B."